# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CARLYNE JANE P. ADA,                     )   NO. SA CV 17-1137-JAK(E)
                                         )
                Petitioner,              )
                                         )
        v.                               )            JUDGMENT
                                         )
FEDERAL BOARD OF                         )
INVESTIGATIONS,                          )
                                         )
                Respondent.              )
                                         )
_____  )

        Pursuant to the Order Accepting Findings, Conclusions and

Recommendations of United States Magistrate Judge,


        IT IS ADJUDGED that the action is dismissed without prejudice.


        DATED: September 18, 2017


        _____
                    JOHN A. KRONSTADT
              UNITED STATES DISTRICT JUDGE